Azar Mouzari, Esq. (State Bar No. 263461)
Nilofar Nouri, Esq. (State Bar No. 311871)
**BEVERLY HILLS TRIAL ATTORNEYS, P.C.**
468 N. Camden Drive, Suite 238
Beverly Hills, California 90210
Tel: 310-858-5567
Fax: 424-286-0963
Email: azar@bhtrialattorneys.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DONELL COREY KENDALL, individually, and on behalf of all others similarly situated and MARLON JAVIER, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

NESTLE WATERS NORTH AMERICA, INC., doing business as READY REFRESH, BY NESTLE, and DOES 1 through 20, inclusive,

Defendants.

Case No. 20-cv-10511-CAS-E

**JOINT NOTICE OF CONDITIONAL SETTLEMENT**

The Hon. Christina A. Snyder

**TO THE ABOVE ENTITLED COURT:**

Plaintiffs Donell Corey Kendall and Marlon Javier ("Plaintiffs"), and Defendant BlueTriton Brands, Inc. ("BlueTriton") (collectively, "the Parties") by and through their undersigned counsel, hereby put the Court on notice that this matter has been settled. The Settlement is conditional, however, the Parties expect to file a request for dismissal within the next thirty (30) days. Therefore, the Parties jointly request that the Court remove all scheduled dates from the Court's calendar.

//

Dated: May 9, 2023

FARELLA BRAUN + MARTEL LLP

By: */s/ Thomas B. Mayhew*
Thomas B. Mayhew

Defendant BlueTriton Brands, Inc., formerly known as Nestlé Waters North America Inc., D/B/A Ready Refresh

Dated: May 9, 2023

Beverly Hills Trial Attorneys, P.C.

By: */s/ Azar Mouzari*
Azar Mouzari

Attorneys for Plaintiffs Donell Corey Kendall and Marlon Javier

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, whose signatures are indicated by a conformed signature ("/s/"), and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 9, 2023 **BEVERLY HILLS TRIAL ATTORNEYS, P.C.**

*/s/ Nilofar Nouri*
Azar Mouzari, Esq.
Nilofar Nouri, Esq.
Attorney for Plaintiffs