UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELL COREY KENDALL, individually, and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>   vs.<br><br>NESTLE WATERS NORTH AMERICA, INC., doing business as READY REFRESH, BY NESTLE, and DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No. 2:20-cv-10511-CAS-Ex<br><br>**ORDER ON JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>The Hon. Christina A. Snyder |

On May 19, 2023, the Parties filed a Joint Stipulation and Request for Dismissal by and through their respective attorneys. The Court, having considered the Parties' Joint Stipulation and finding good cause therefor, hereby ORDERS that the case is ordered dismissed in its entirety with prejudice, with each party to bear their or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 22, 2023

*Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge